# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHATTLEY CHESTERFIELD

NO. 2020 KW 0986

**DECEMBER 30, 2020**

---

In Re:    Chattley Chesterfield, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-13-0316.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the district court's ruling on his application for postconviction relief, a copy of the indictment, the state's answer to his application, if any, all pertinent minute entries and/or transcripts, and any other portion of the district court record that might support the claims raised in the application for postconviction relief.   Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.   In the event relator elects to file a new application with this court, the application must be filed on or before March 1, 2021.   Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                    **JMG**
                    **PMc**
                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
         FOR THE COURT